FILED
August 31, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG 05-0238 DAD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
RICHARD JAMES PULLEY, JR., )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICHARD JAMES PULLEY, JR. , Case No. MAG 05-0238 DAD , Charge  Title 18 USC § 922 (g)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $_____

   _X_   Unsecured Appearance Bond $ 25,000

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond with Surety

   __   Corporate Surety Bail Bond

   _X_   (Other)  With Conditions, Pretrial Supervision + Deemed a Vacarro Bond.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 31, 2005  at  3:30 p.m.  .

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal